Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PAUL LEONARD, <br><br> Plaintiff, <br><br> v. <br><br> LABROOTS, INC., *et al.*, <br><br> Defendants. | Case No.: CV17-04232-RGK (JCx) <br> *Hon. R. Gary Klausner Presiding* <br><br> [~~PROPOSED~~] **ORDER ON STIPULATION TO DISMISS ACTION** |

- 1 -

## [PROPOSED] ORDER:

Having reviewed the stipulation of the parties to dismiss the action and finding good cause thereon,

IS HEREBY ORDERED that:

1. This action is hereby dismissed; and
2. The parties to this stipulation will each bear their own costs as incurred in connection with the dismissed claims.

SO ORDERED.

Date: January 19, 2018          By: _____
                                Hon. R. Gary Klausner
                                United States District Judge